# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

September 22, 2020

Lyle W. Cayce
Clerk

No. 19-20700
Summary Calendar

Tommy Willis,

*Plaintiff—Appellant*,

*versus*

Anthony Howard, Jr., *Sergeant*; Neil Hinson, *Sergeant*;
Gabriel Mendoza, *COIII*; UTMB at Galveston; TDCJ-ID
Transportation,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:17-CV-1594

Before Wiener, Southwick, and Duncan, *Circuit Judges*.

Per Curiam:[*]

Tommy Willis, Texas prisoner # 794591, appeals from the district court's orders entered in his civil rights action commenced pursuant to 42 U.S.C. § 1983 denying him relief on his motions to reinstate the case, to

---

[*] Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 19-20700

appoint counsel, for leave to amend his complaint, for an extension of the discovery period, to compel discovery, and for a temporary restraining order. The interlocutory orders at issue are not appealable orders. *See Williams v. Catoe*, 946 F.3d 278, 279-81 (5th Cir. 2020) (en banc); *Askanase v. Livingwell, Inc.*, 981 F.2d 807, 809-10 (5th Cir. 1993). Accordingly, we DISMISS the appeal for want of jurisdiction. We DENY as moot Willis's motion to appoint counsel, motion for leave to file motion to correct errors, motion to expedite the appeal, and motion to vacate order staying case.